# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4553
_____

RACHEL E. COOK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

September 19, 2019

PER CURIAM.

AFFIRMED. *See Burns v. State*, 266 So. 3d 1289 (Fla. 1st DCA 2019); *Davis v. State*, 214 So. 3d 799 (Fla. 1st DCA 2017).

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rachel E. Cook, pro se, Appellant.

Ashley Moody, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Appellee.